PROB 35
(08/01)

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

# United States District Court
## FOR THE
### Middle District of Florida - Orlando Division

UNITED STATES OF AMERICA

v.   Crim. No. 6:04-CR-128-Orl-31JGG

Jennifer Nicole Day

On January 19, 2005, the above named was placed on probation for a period of three years. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that he be discharged from probation.

Respectfully submitted,

John V. Celano
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer be discharged from probation and that the proceedings in the case be terminated.

Dated this 29th day of May, 2007.

United States District Judge